UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RICHARD GOSZTYLA,<br><br>    Petitioner,<br><br>    v.<br><br>P. COVELLO,<br><br>    Respondent. | Case No.  2:23-cv-00328-KJM-JDP (HC)<br><br>ORDER DIRECTING PETITIONER TO FILE AN AMENDED PETITION |

On September 26, 2023, the court granted petitioner a *Kelly* stay and directed him to move to amend his petition once he exhausted his claims in state court. ECF No. 20. On November 6, 2023, petitioner filed a notice stating that he has exhausted his claims in state court and wishes to proceed with this action. ECF No. 22.

Accordingly, it is hereby ORDERED that the *Kelly* stay is lifted and petitioner file an amended petition within thirty days.

IT IS SO ORDERED.

Dated:   November 9, 2023                              _____
                                                                                    JEREMY D. PETERSON
                                                                                    UNITED STATES MAGISTRATE JUDGE