UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RICHARD GOSZTYLA, | Case No. 2:23-cv-00328-KJM-JDP (HC) |
| Petitioner, | ORDER GRANTING PETITIONER'S MOTION FOR AN EXTENSION OF TIME AND DENYING AS MOOT HIS MOTION FOR CLARIFICATION |
| v. | |
| P. COVELLO, | |
| Respondent. | ECF No. 24 & 25 |

On September 26, 2023, the court granted petitioner a *Kelly* stay and directed him to move to amend his petition once he exhausted his claims in state court. ECF No. 20 at 2 ("Petitioner is directed to: (1) file an amended petition that contains only his exhausted claims, and (2) move to amend his new petition once he exhausts his claims in state court."). On November 6, 2023, petitioner filed a notice that he had exhausted his claims in state court. ECF No. 22. I lifted the *Kelly* stay on November 13, 2023, and directed petitioner to file an amended petition. ECF No. 23.

Petitioner has filed a motion for clarification and a motion for additional time to file his amended petition. ECF Nos. 24 & 25. In the motion for clarification, he asks whether he is permitted to re-submit his original petition now that his claims are exhausted. ECF No. 25. Petitioner shall, within thirty days, file either an amended petition containing only his exhausted claims or file a notice with the court indicating that he wishes to stand by his original petition and

that all claims therein are exhausted. Good cause appearing, petitioner's motion for an extension of time, ECF No. 25, is granted.

Accordingly, it is hereby ORDERED that:

1. Petitioner's motion for an extension of time, ECF No. 24, is granted.

2. Petitioner shall file, within thirty days, either an amended petition that contains only his exhausted claims or file a notice with the court indicating that he wishes to stand by his original petition and that all claims therein are exhausted.

3. Petitioner's motion for clarification, ECF No. 25, is denied as moot.

IT IS SO ORDERED.

Dated: November 29, 2023

JEREMY D. PETERSON
UNITED STATES MAGISTRATE JUDGE